FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB - 3 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-01268-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS FLORER,

              Plaintiff,

v.

SUE COLLINS, et al.,

              Defendants.

Case No. C11-1268-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed defendants' motion to dismiss, plaintiff's motion to amend, the papers filed in support of and in opposition to the motions, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and Plaintiff's Objections to R&R (Dkt 27), and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is ADOPTED;

2. Plaintiff's motion to amend (Dkt. 16) is GRANTED and the amended complaint is FILED (Dkt. 16-1), but plaintiff's request to further amend the complaint (Dkt. 19) is DENIED as futile;

3. Defendants' motion to dismiss (Dkt. 15) is GRANTED and this matter is DISMISSED **without** prejudice for failure to state a claim upon which relief may be granted, for lack of ripeness, and for failure to exhaust administrative remedies

ORDER OF DISMISSAL- 1

1  as required by the Prison Litigation Reform Act of 1995 ("PLRA"), 42 U.S.C. §

2  1997e(a);

3  4.  The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

4  DATED this 3rd day of February, 2012.

```
                                    _____
                                    JAMES L. ROBART
                                    United States District Judge
```

ORDER OF DISMISSAL- 2